

FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0465

SIEBEN RANCH COMPANY,

    Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY ADAMS,
a/k/a/ RAY ADAMS; and LEE McDONALD,

    Defendants and Appellants.

FILED

MAY 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant Lee McDonald's motion for an extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant McDonald is granted an extension of time to and including May 22, 2021, within which to file his reply brief.

No further extensions will be granted.

DATED this 3rd day of May, 2021.

For the Court,

By _____
           Chief Justice